**STATE of Missouri, Respondent,**

v.

**Randy D. ARNDT, Appellant.**

**No. WD 45544.**

Missouri Court of Appeals,
Western District.

Oct. 20, 1992.

Gary E. Brotherton, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and SMART, JJ.

## ORDER

PER CURIAM:

Defendant Randy D. Arndt was convicted of unlawful use of a weapon, § 571.030.-1(1) RSMo 1986, and sentenced to serve a term of three years in the custody of the Missouri Department of Corrections. Defendant appeals from the conviction.

The judgment of conviction is affirmed. Rule 30.25(b).

---

**T & B, INC., d/b/a Downtown Office Bar, Appellant,**

v.

**Charles E. SMARR, Supervisor of Liquor Control, Respondent.**

**No. WD 45387.**

Missouri Court of Appeals,
Western District.

Oct. 20, 1992.

Lauri J. Laughland, Kansas City, for appellant.

William L. Webster, Atty. Gen., M. Melissa Manda, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and BRECKENRIDGE and HANNA, JJ.

## ORDER

PER CURIAM:

Appellant T & B, Inc. appeals from judgment in circuit court affirming, in part, administrative decision suspending appellant's liquor license for thirty days.

The judgment is affirmed. Rule 84.16(b).